# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRAD S. ELKINS, <br><br> Defendant. | VIOLATION: 7353909 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $60 fine and $30 processing fee for violation 7353909 (for a total of $90), and for good cause shown,

IT IS ORDERED that the $90 fine ($60 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 7353909.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 12, 2019, is VACATED.

DATED this 31 day of August, 2019.

John T. Johnston
United States Magistrate Judge